UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                      CASE NO. 08 B 14957
    CAFFIE L KELLY
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-7712
```

----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------------
      The case was filed on 06/11/2008 and was not confirmed.

      The case was transferred to Glenn Stearns, Trustee on 08/04/2008.
----------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC MORTGAGE CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| US BANK NATIONAL | CURRENT MORTG | .00 | .00 | .00 |
| US BANK NATIONAL | MORTGAGE ARRE | 8000.00 | .00 | .00 |
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | 750.00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | SECURED VEHIC | 5700.00 | .00 | .00 |
| WELLS FARGO AUTO FINANCE | UNSECURED | 4138.24 | .00 | .00 |
| WILL COUNTY TREASURER | SECURED | 3000.00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ALLIED INTERSTATE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AMERICAN CREDIT BUREAU | NOTICE ONLY | NOT FILED | .00 | .00 |
| BOULEVARD MEDICAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 411.28 | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | NOTICE ONLY | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | NOTICE ONLY | NOT FILED | .00 | .00 |
| ICE MOUNTAIN | UNSECURED | NOT FILED | .00 | .00 |
| LOAN SHOP | UNSECURED | NOT FILED | .00 | .00 |
| MAGES & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| MAGE & PRICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NLS CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWAY DEBIT | UNSECURED | NOT FILED | .00 | .00 |
| RUSSET WEST OAKSIDE TOWN | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF UNIVERSITY PA | UNSECURED | NOT FILED | .00 | .00 |
| WORLD WIDE CASH | UNSECURED | NOT FILED | .00 | .00 |
| EDUCATION LOAN SERVICING | UNSECURED | 12435.06 | .00 | .00 |
| EDUCATION LOAN SERV CORP | UNSECURED | NOT FILED | .00 | .00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 14957 CAFFIE L KELLY

```
US BANK                    NOTICE ONLY   NOT FILED              .00          .00
US BANK NATIONAL ASSOC     NOTICE ONLY   NOT FILED              .00          .00
ASSET ACCEPTANCE LLC       UNSECURED        610.96              .00          .00
GLEASON & GLEASON LLC      DEBTOR ATTY         .00                           .00
TOM VAUGHN                 TRUSTEE                                           .00
DEBTOR REFUND              REFUND                                            .00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                              .00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                              .00
ADMINISTRATIVE                                         .00
TRUSTEE COMPENSATION                                   .00
DEBTOR REFUND                                          .00
                            ---------------    ---------------
TOTALS                               .00               .00

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 11/19/08          _____

                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                         PAGE   2
          CASE NO. 08 B 14957 CAFFIE L KELLY