```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 08 B 14957
   CAFFIE L KELLY
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 06/11/08 .

2. The case was dismissed without confirmation, 10/31/2008.

3. The Debtor paid a total of $   450.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| GMAC RESCAP LLC | SECURED | .00 | .00 | .00 |
| GMAC RESCAP LLC | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | 269.55 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | 155.39 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| BOULEVARD MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| COLUMBUS BANK & TRUST | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| HAWTHORNE CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| ICE MOUNTAIN WATER | UNSECURED | NOT FILED | .00 | .00 |
| LOAN SHOP | UNSECURED | NOT FILED | .00 | .00 |
| MAGE & PRICE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| NORTHWAY CASH TRANSERS.C | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RUSSET WEST OAKSIDE TOWN | UNSECURED | NOT FILED | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| VERIZON WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF UNIVERSITY PA | UNSECURED | NOT FILED | .00 | .00 |
| WORLDWIDE CASH | UNSECURED | NOT FILED | .00 | .00 |
| EDUCATION LOAN SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| EDUCATION LOAN SERVICING | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

---

|                      | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL  |
|----------------------|---------|----------|-----------|-------|--------|
| TOTAL CLMS ALLOWED   | .00     | .00      | .00       | .00   | .00    |
| PRINCIPAL PAID       | 424.94  | .00      | .00       | .00   | 424.94 |
| INTEREST PAID        | .00     | .00      | .00       | .00   | .00    |
| TOTAL PAID           | 424.94  | .00      | .00       | .00   | 424.94 |

The Debtor's attorney, GLEASON & MACMASTER         , was allowed $      .00 and was paid $      .00 .

The Trustee received $     25.06 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 01/16/09                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE